UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01098-DDD-KMT

PEAK FENCING, INC., a Colorado corporation,

    Plaintiff,

v.

MARKEL AMERICAN INSURANCE COMPANY d/b/a
MARKEL SPECIALTY INSURANCE, a Virginia corporation,

    Defendants.

MARKEL AMERICAN INSURANCE COMPANY d/b/a
MARKEL SPECIALTY INSURANCE,

    Counter-Plaintiff,

v.

MARK LUNDY d/b/a PEAK FENCING; PEAK FENCING, INC.,

    Counter-Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Peak Fencing, Inc., Defendant and Counter-Plaintiff Markel American Insurance Company d/b/a Markel Specialty Insurance, and Counter-Defendants Mark Lundy d/b/a Peak Fencing and Peak Fencing, Inc., that the above-titled action is hereby dismissed with prejudice. Each party will bear its own costs and attorney's fees.

Dated:  May 20, 2021.                           Respectfully submitted,

| *s/Andrew E. Swan* | *s/ Elayna M. Fiene* |
|---|---|
| Paul F. Lewis | Jeremy A. Moseley |
| Michael D. Kuhn | Elayna M. Fiene |
| Andrew E. Swan | Spencer Fane LLP |
| LEWIS | KUHN | SWAN PC | 1700 Lincoln Street, Suite 2000 |
| 620 North Tejon Street, | Denver, CO 80202 |
| Suite 101 | Telephone:   303.839.3800 |
| Colorado Springs, CO 80903 | Facsimile:    303.839.3838 |
| Phone: (719) 694-3000 | Email:   jmoseley@spencerfane.com |
| Email:   plewis@lks.law |           efiene@spencerfane.com |
|           mkuhn@lks.law | |
|           aswan@lks.law | |
| | |
| Attorneys for Plaintiff Peak Fencing, Inc. and Counter-Defendants Mark Lundy d/b/a Peak Fencing and Peak Fencing, Inc. | Attorneys for Defendant and Counter-Plaintiff, Markel Specialty Insurance |

2

DN 5322071.2